CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM BURTIS SAUNDERS, | ) | Civil Action No. 7:11cv00311 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GERALD A. MCPEAK, *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment on Saunders' deliberate indifference claim is **GRANTED**. Further, the court **DISMISSES** Saunders' equal protection claim without prejudice pursuant to 28 U.S.C. § 1915(e). The Clerk is **DIRECTED** to **STRIKE** this matter from the active docket of the court.

The Clerk is further directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 29th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE